**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

MONA TOUSIGNANT,

                Plaintiff,

vs.

STEVE TONGKUN HAHN, et al.,

                Defendants.

CIVIL ACTION FILE

NO. 1:14-cv-02272-MHS

**J U D G M E N T**

This action having come before the court, Honorable Marvin H. Shoob, United States District Judge, for consideration of defendant's motion for summary judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendants recover their costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 13th day of October, 2015.

JAMES N. HATTEN
CLERK OF COURT

By:  s/ Traci Clements-Campbell
       Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  October 13, 2015
James N. Hatten
Clerk of Court

By: s/Traci Clements-Campbell
      Deputy Clerk